# Redmond & Parrinello, LLP

John Redmond (Retired)
John Parrinello
J. Matthew Parrinello*

Bruce F. Freeman**

SUITE 400, EXECUTIVE OFFICE BUILDING
36 WEST MAIN STREET
ROCHESTER, NEW YORK 14614
TELEPHONE (585) 454-2321
FACSIMILE (585) 454-6626
e-mail: randplawoffice@aol.com

*ALSO ADMITTED TO FL. BAR
**ALSO ADMITTED TO CT. BAR

MEMO:

TO: Honorable David g. Larimer
U.S. District Court

FROM: John R. Parrinello, Esq.

RE: U.S.A. v Albarran
03-CR-6142L

SUBJECT: Adjournment of Papers Supporting
Albarran Appeal from Magistrate
Jonathan W. Feldman's Disqualification
Discussion Order

DATE: August 19, 2005

Dear Judge Larimer:

Today August 19, 2005, I am scheduled to file with this Court documents regarding Mr. Albarran's appeal from Magistrate Judge Feldman's Discussion and Order disqualifying the law firm of Redmond & Parrinello, LLP from representing Mr. Albarran in case no. 03-CR-6142L.

I ask that a further extension be granted to me regarding the filing of those papers for the following reasons;

1. My secretary Gloria has been out ill since July 11, 2005.

2. I was on vacation and did not get back to the office until July 29, 2005.

3. Since my return I have had multiple legal, political and personable obligations to attend to.

4. For the last two weeks, I have spent considerable amount of time on the Suppression Hearing in the matter of People v. Zacker which is still not completed and requires a continuation of the Hearing this afternoon at 2:30 P.M. before Hon. Joseph Valentino.

5. I have been unable to locate documents which were submitted to Magistrate Judge Feldman in the form of affidavits by my son J. Matthew Parrinello and my associate Bruce F. Freeman and a document by me.

6. Mr. Freeman has been on vacation since the 16th of August 2005 because of the illness of his father in Massachusetts, therefore he has not been available to me.

7. I have been preparing for the Asandrov case which is scheduled to start before this Court on August 23, 2005. That has taken up many of my nights reading Mr. Freeman's documents as well as Discovery Materials, etc.

I promise this is the last request for an adjournment in the Albarran case and ask the court to extend my time to file Appeal papers until September 6, 2005.

Thank you for your consideration in this matter.

Very truly yours,
REDMOND & PARRINELLO, LLP

*[signature]*
John R. Parrinello, Esq.

So Ordered:
Date: August 19, 2005

*[signature]*

Honorable David G. Larimer

*August 19, 2005*

cc: Jose Albarran
    Andy Roderiquez, AUSA
    Faxed
JRP/pg

TOTAL P.03